UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KIRSHA BROWN-YOUNGER, )
                                                    ) Case No.:  2:11-cv-00506-GMN-CWH
              Plaintiff, )
   vs. ) **ORDER ACCEPTING FINDINGS &**
                                                   ) **RECOMMENDATION OF MAGISTRATE**
SOCIAL SECURITY ADMINISTRATION, ) **JUDGE C.W. HOFFMAN, JR.**
                                                   )
            Defendant. )
                                                   )

       Before the Court for consideration are the Findings and Recommendation (ECF No. 44) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered October 21, 2013, regarding Plaintiff's Amended Complaint (ECF No. 36), filed on August 9, 2011, and Plaintiff's Motion to Change Venue (ECF No. 43), filed on September 6, 2012.

       Pursuant to Local Rule IB 3-2(a), objections were due by November 7, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

       **IT IS THEREFORE ORDERED** that Plaintiff's Amended Complaint (ECF No. 36) is hereby **DISMISSED with prejudice** for Plaintiff's failure to state a claim upon which relief can be granted.   The Clerk of Court shall enter judgment accordingly, and close this case.

       **IT IS FURTHER ORDERED** that Plaintiff's Motion to Change Venue (ECF No. 43), is hereby **DENIED as moot**.

       **DATED** this 8th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge